1  Trevor M. Quirk, Esq., SBN 241626
2  Aletheia S. Gooden, Esq., SBN 228750
   Quirk Law Firm, LLP
3  4222 Market St. Ste C
   Ventura, CA 93003
4  Telephone: (805) 650-7778
   Facsimile: (866) 728-7221
5
6  *Attorneys for Plaintiff*

7
                    UNITED STATES DISTRICT COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10
   EDWARD DICKENS,                      ) Case No.: 5:13-CV-02181-BRO-DTB
11                                      )      ORDER ON
                  Plaintiff,            ) **STIPULATION AND ORDER FOR**
12     v.                               ) **DISMISSAL WITH PREJUDICE**
13                                      )
   AMERICAN INTERNATIONAL GROUP,        )
14 INC. ("AIG"), a Corporation; NATIONAL)
   UNION FIRE INSURANCE COMPANY OF      )
15 PITTSBURGH, PA, a Corporation;       )
   LOTSOLUTIONS, INC., a Corporation; DOES)
16 1 through 10 and ROE Corporations 1 through)
   10, inclusive,                       )
17                                      )
                                        )
18              Defendants.             )
                                        )
19

20                      Trial Date: 12/2/14

21         **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

22         IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,
23
    through the respective counsel of record, that the above-captioned action be dismissed with
24
    prejudice, each party to bear its own costs and attorneys fees, if applicable.
25
26  Dated: 9/17/14                          QUIRK LAW FIRM LLP

27                                          */s/ Aletheia Gooden*
28
                                       1
    Stipulation and Order For Dismissal With Prejudice - CASE NO. 5:13-CV-02181-BRO-DTB

|   |   |
|---|---|
| 1 | Aletheia Gooden, Esq. |
| 2 | Attorneys for Plaintiff |

Dated: 9/___/14    Hayes Scott Bonino Ellingson and McLay LLP

_____
Stephen Ellingson
Attorneys for Defendants

## ORDER

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed pursuant to agreement between the parties, each party to bear its own costs and attorneys fees, if applicable.

Dated: October 27, 2014    _____
                                                    Judge